```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>Glen P. Kessler,<br><br>                Defendant | No. CV 11-01257<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Glen P. Kessler, in the principal amount of $17,332.37 plus interest accrued to February 4, 2011, in the sum of $23,630.00; with interest accruing thereafter at the daily rate of $4.27 until entry of judgment, for a total amount of **$40,962.37**.

DATED: 3/14/2011            By:   TERRY NAFISI
                                                         Clerk of the Court
                                                         Deputy Clerk
                                                  United States District Court